UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mark S. Oliverio and Diane Oliverio,

    Plaintiffs,

v.                                          Honorable Sean F. Cox

Nextel West Corp.,                     Case No. 13-10296

    Defendant.
_____/

## **JUDGMENT**

For the reasons set forth in an Opinion & Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: May 29, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 29, 2013, by electronic and/or ordinary mail.

                                            S/Jennifer McCoy
                                            Case Manager